**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

CARLOS BARTOLO GONZALEZ, *individually and*
*on behalf of others similarly situated*,

                Plaintiff,

        -against-

DAVID CHEN RESTAURANT, INC. (D/B/A DAVID
CHEN CHINESE RESTAURANT), DAVID CHEN,
AND TUNG LIN LU,

              *Defendants.*
---------------------------------------------------------------X

Case No. 7:18-CV-10692

(CSS)

[PROPOSED FORM OF]
**JUDGMENT**

## JUDGMENT

On April 22, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff CARLOS BARTOLO GONZALEZ, have judgment against Defendants DAVID CHEN RESTAURANT, INC. (d/b/a DAVID CHEN CHINESE RESTAURANT), DAVID CHEN, AND TUNG LIN LU, (collectively "Defendants"), jointly and severally, in the amount of $120,000, (One Hundred Twenty Thousand Dollars) which is inclusive of attorneys' fees and costs.

.

Dated: __April 23__, 2020

SO ORDERED.

_Cathy Seibel_
_____
CATHY SEIBEL, U.S.D.J.  ____